IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

EMPOWER OVERSIGHT )
WHISTLEBLOWERS & RESEARCH, )
                                                    )
        Plaintiff, )
                                                    )    Civil Action No. 1:21cv1275 (LMB/JFA)
v. )
                                                    )
NATIONAL INSTITUTES OF HEALTH, )
                                                    )
        Defendant. )
_____)

**ORDER**

    Having reviewed the Joint Proposed Discovery Plan (Docket no. 22) and taking into consideration the pending Motion to Vacate Scheduling Order and for Briefing Schedule (Docket no. 19), it is hereby

    ORDERED that the initial pretrial conference is rescheduled for Wednesday, April 13, 2022 at 11:00 a.m. Once a decision has been made concerning the motion to vacate, counsel are to discuss whether a Rule 16 conference is necessary and inform the court.

    Entered this 31st day of March, 2022.

                                                                                   _____/s/_____
                                                                                   John F. Anderson
                                                                                   United States Magistrate Judge
                                                                                   John F. Anderson
                                                                                  United States Magistrate Judge

Alexandria, Virginia