# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| EMPOWER OVERSIGHT WHISTLEBLOWERS & RESEARCH, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL INSTITUTES OF HEALTH, <br><br> Defendant. | Case No. 1:21-cv-1275 (LMB/JFA) |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56, Defendant National Institutes of Health, through undersigned counsel, hereby respectfully submits this Motion for Summary Judgment, the grounds for which are specified in the accompanying memorandum of law.

Dated: June 10, 2022

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

By:          /s/
MEGHAN LOFTUS
Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Ave.
Alexandria, VA 22314
Tel:    (703) 299-3757
Fax:    (703) 299-3983
Email:  meghan.loftus@usdoj.gov

*Counsel for Defendant*