IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| EMPOWER OVERSIGHT WHISTLEBLOWERS & RESEARCH, | ) ) ) |
| Plaintiff, | ) ) |
| v. | Case No. 1:21-cv-1275 (LMB/JFA) |
| NATIONAL INSTITUTES OF HEALTH, | ) ) ) |
| Defendant. | ) ) ) |

## NOTICE OF WAIVER OF HEARING

PLEASE TAKE NOTICE that Defendant hereby waives oral hearing on its Motion for Summary Judgment in the above-captioned action, and thus agrees to have the motions decided on the papers alone.[1]

Dated: June 10, 2022

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____/s/_____
MEGHAN LOFTUS
Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Ave.
Alexandria, VA 22314
Tel:   (703) 299-3757
Fax:   (703) 299-3983
Email: meghan.loftus@usdoj.gov

*Counsel for Defendant*

---

[1] At the hearing on April 8, 2022, the Court indicated that it would advise the parties if oral argument on Defendant's motion for summary judgment was necessary. Defendant has waived hearing on that basis but remains available at the Court's convenience should it wish to hear argument.