# Exhibit C

| | |
|---|---|
| **From:** | collinscapstone - Collins, Francis (NIH/OD) [E] |
| **To:** | Tabak, Lawrence (NIH/OD) [E]; Myles, Renate (NIH/OD) [E]; Burklow, John (NIH/OD) [E]; Embry, Alan (NIH/NIAID) [E] |
| **Subject:** | RE: PLEASE REVIEW/REACTIVE STATEMENT: SARS-CoV-2 data deleted from the NIH/NCBI SRA |
| **Date:** | Tuesday, June 22, 2021 12:30:38 PM |

And for me

FC

---

**From:** Tabak, Lawrence (NIH/OD) [E] (b) (6)
**Sent:** Monday, June 21, 2021 1:54 PM
**To:** Myles, Renate (NIH/OD) [E] (b) (6); Collins, Francis (NIH/OD) [E] (b) (6); Burklow, John (NIH/OD) [E] (b) (6); Embry, Alan (NIH/NIAID) [E] (b) (6)
**Subject:** Re: PLEASE REVIEW/REACTIVE STATEMENT: SARS-CoV-2 data deleted from the NIH/NCBI SRA

Works for me.

---

**From:** "Myles, Renate (NIH/OD) [E]" (b) (6)
**Date:** Monday, June 21, 2021 at 1:53 PM
**To:** Francis Collins (b) (6), "Burklow, John (NIH/OD) [E]" (b) (6), "Tabak, Lawrence (NIH/OD) [E]" (b) (6), "Embry, Alan (NIH/NIAID) [E]" (b) (6)
**Subject:** RE: PLEASE REVIEW/REACTIVE STATEMENT: SARS-CoV-2 data deleted from the NIH/NCBI SRA

Hi Francis:

We've updated the info adding the highlighted info. Okay? We'll keep an eye out for the paper and flag when it posts.

[redacted (b) (5)]

**Was there any motive for the investigator to remove the data?**
[redacted (b) (5)].

**Are investigators allowed to request that data be deleted from SRA?**

Patti (NIH/NLM) [E] ============ (b) (6)
**Cc:** Fine, Amanda (NIH/OD) [E] ============ (b) (6); Wojtowicz, Emma (NIH/OD) [E] ============ (b) (6); Pruitt, Kim (NIH/NLM/NCBI) [E] ============ (b) (6)
**Subject:** RE: WSJ Question about Bloom Paper

============ (b) (5)

**From:** Collins, Francis (NIH/OD) [E] ============ (b) (6)
**Sent:** Wednesday, June 23, 2021 12:13 PM
**To:** Myles, Renate (NIH/OD) [E] ============ (b) (6); Tabak, Lawrence (NIH/OD) [E] ============ (b) (6); Brennan, Patti (NIH/NLM) [E] ============ (b) (6)
**Cc:** Fine, Amanda (NIH/OD) [E] ============ (b) (6); Wojtowicz, Emma (NIH/OD) [E] ============ (b) (6); Pruitt, Kim (NIH/NLM/NCBI) [E] ============ (b) (6)
**Subject:** RE: WSJ Question about Bloom Paper

Thanks for update. I know that NLM is working on question #1. ============ (b) (5)

**From:** Myles, Renate (NIH/OD) [E] ============ (b) (6)
**Sent:** Wednesday, June 23, 2021 11:55 AM
**To:** Collins, Francis (NIH/OD) [E] ============ (b) (6); Tabak, Lawrence (NIH/OD) [E] ============ (b) (6); Brennan, Patti (NIH/NLM) [E] ============ (b) (6)
**Cc:** Fine, Amanda (NIH/OD) [E] ============ (b) (6); Wojtowicz, Emma (NIH/OD) [E] ============ (b) (6); Pruitt, Kim (NIH/NLM/NCBI) [E] ============ (b) (6)
**Subject:** RE: WSJ Question about Bloom Paper

Francis/Larry: I'm keeping you on this thread so you can be aware of the questions we're getting from media, ============ (b) (5)

============ So far, we've fielded inquiries from WSJ, NYT, WaPo (both news (Yasmeen) and editorial (David Hoffman), CNN, Buzzfeed, Telegraph, Science, and USA Today.

We have additional media questions that need responses from NLM; I've put with I have but please correct/add as needed.

1. Can you say anything about whether NIH is doing any analysis or examination to look for any other SARS-CoV-2 sequence data that has been deleted from that database?
2. If the submitter has such rights, are the responses automatic, or reviewed? If reviewed, by whom? ============ (b) (5)
3. Can you please make public the text of the delete request, so that I can see precisely how the submitter put it? What was the other database? What kind of update? Who signed the request? ============ (b) (5)
4. Is there a backup kept? ============ (b) (5)
5. How common is it? ============ (b) (5)

Thanks,
Renate

**From:** Tabak, Lawrence (NIH/OD) [E] ============ (b) (6)
**Sent:** Wednesday, June 23, 2021 7:40 AM
**To:** Myles, Renate (NIH/OD) [E] ============ (b) (6); Brennan, Patti (NIH/NLM) [E] ============ (b) (6); Collins, Francis (NIH/OD) [E] ============ (b) (6)
**Cc:** Fine, Amanda (NIH/OD) [E] ============ (b) (6); Wojtowicz, Emma (NIH/OD) [E] ============ (b) (6); Pruitt, Kim (NIH/NLM/NCBI) [E] ============ (b) (6)
**Subject:** Re: WSJ Question about Bloom Paper

yes

**From:** "Myles, Renate (NIH/OD) [E]" ============ (b) (6)
**Date:** Wednesday, June 23, 2021 at 7:20 AM
**To:** "Brennan, Patti (NIH/NLM) [E]" ============ (b) (6), "Tabak, Lawrence (NIH/OD) [E]" ============ (b) (6), Francis Collins ============ (b) (6)
**Cc:** "Fine, Amanda (NIH/OD) [E]" ============ (b) (6), "Wojtowicz, Emma (NIH/OD) [E]" ============ (b) (6), "Pruitt, Kim (NIH/NLM/NCBI) [E]" ============ (b) (6)

jbloom/SARS-CoV-2_PRJNA612766

Analysis of early Wuhan SARS-CoV-2 sequences from deleted SRA BioProject PRJNA612766 - jbloom/SARS-CoV-2_PRJNA612766

github.com

**From:** Collins, Francis (NIH/OD) [E]                    (b) (6)
**Sent:** Tuesday, June 22, 2021 5:29 PM
**To:** Myles, Renate (NIH/OD) [E]                  (b) (6); Tabak, Lawrence (NIH/OD) [E]                    (b) (6); Fauci, Anthony (NIH/NIAID) [E]                  (b) (6)
**Subject:** FW: pre-print posted

FYI

**From:** Bloom PhD, Jesse D <jbloom@fredhutch.org>
**Sent:** Tuesday, June 22, 2021 5:15 PM
**To:** Collins, Francis (NIH/OD) [E]                  (b) (6); Sherry, Steve (NIH/NLM/NCBI) [E]                    (b) (6); Embry, Alan (NIH/NIAID) [E]                  (b) (6)
**Subject:** pre-print posted

Hi Francis, Steve, and Alan,

Just wanted to let you know that the pre-print recently posted on *bioRxiv* at:

https://www.biorxiv.org/content/10.1101/2021.06.18.449051v1

I also posted a Twitter thread that goes through and summarizes it:

https://twitter.com/jbloom_lab/status/1407445604029009923

Thanks again for handling and looking into this all so responsively even over last weekend, and let me know if I can be of any help in continued efforts to better understand the early spread of the virus.

Thanks,
Jesse

----

Jesse Bloom
Associate Professor, Fred Hutch Cancer Research Center
Affiliate Associate Professor, Genome Sciences & Microbiology, University of Washington
Investigator, Howard Hughes Medical Institute

| | |
|---|---|
| **From:** | Fine, Amanda (NIH/OD) [E] |
| **To:** | Collins, Francis (NIH/OD) [E]; Tabak, Lawrence (NIH/OD) [E]; Hallett, Adrienne (NIH/OD) [E] |
| **Cc:** | Myles, Renate (NIH/OD) [E]; Wojtowicz, Emma (NIH/OD) [E]; Burklow, John (NIH/OD) [E]; Higgins, Lauren (NIH/OD) [E] |
| **Subject:** | FLAGGING: Jesse Bloom inquiry and draft response |
| **Date:** | Tuesday, November 16, 2021 12:16:39 PM |
| **Attachments:** | Draft Response v4 (002).docx |

Greetings-

Jesse Bloom reached out to Steve Sherry asking about two sequences that were deleted, restored, then moved on the SRA. His two questions are:

1. Was there in fact a request from South China Agricultural University to restore these sequences that was omitted from the documents provided by NLM / NIH?
2. Did the NCBI restore these sequences to public access without a request from South China Agricultural University? If so, what was the rationale and process for this restoration?

NLM is proposing responding with the following:

[redacted (b)(5)]

Thanks,
Amanda

**From:** Bloom PhD, Jesse D <jbloom@fredhutch.org>
**Sent:** Tuesday, October 12, 2021 1:19 AM
**To:** Sherry, Steve (NIH/NLM/NCBI) [E] [redacted (b)(6)]
**Subject:** Question regarding two deleted and then restored deep sequencing runs

Hi Steve,

I'm writing to inquire about some more deleted deep sequencing runs from China on the SRA.

As you may know, two runs related to pangolin coronavirus sequences from China, SRR11119760 and SRR1119761 were deleted from the SRA on March-16-2020 by curator Rick Lapoint at the request of the submitter Kangpeng Xiao of South China Agricultural University under the stated rationale that they were accidental uploads unrelated to the project.

But a puzzling thing about these accessions is that they then re-appeared on the SRA over a year later, on or about June-16-2021.

To understand why they reappeared over a year after being deleted, an investigative entity sent a request to the NLM / NIH for all correspondence related to these accessions in the period spanning March of 2020 through June of 2021.

The documents that were provided in response to this request did not indicate any further correspondence between the submitters in China and the SRA after March of 2020 regarding these two samples.

We are therefore trying to understand the process and rationale by which the two deleted

```
From jbloom@fredhutch.org  Thu Aug  5 18:36:02 2021
Return-Path: <mmail_smart_tm@servicemail>
Received: from servicemail.be-md.ncbi.nlm.nih.gov [130.14.24.112]
    by mmail10.be-md.ncbi.nlm.nih.gov with IMAP (fetchmail-6.3.24)
    for <mmailadm@localhost> (single-drop); Thu, 05 Aug 2021 18:36:02 -0400 (EDT)
Received: from deliver ([unix socket])
     (authenticated user=mmail_smart_tm bits=0)
     by servicemail (Cyrus v2.4.17-Fedora-RPM-2.4.17-15.el7) with LMTPA;
     Thu, 05 Aug 2021 18:34:18 -0400
X-Sieve: CMU Sieve 2.4
X-Original-To: mmail_smart_tm@servicemail.be-md.ncbi.nlm.nih.gov
Delivered-To: mmail_smart_tm@servicemail.be-md.ncbi.nlm.nih.gov
Received: from mailbulk02.ncbi.nlm.nih.gov (mailbulk02.be-md.ncbi.nlm.nih.gov [130.14.26.16])
    by servicemail.be-md.ncbi.nlm.nih.gov (Postfix) with ESMTP id 71B7830132BF
    for <mmail_smart_tm@servicemail.be-md.ncbi.nlm.nih.gov>; Thu,  5 Aug 2021 18:34:18 -0400 (EDT)
Received: by mailbulk02.ncbi.nlm.nih.gov (Postfix)
    id 6120960014; Thu,  5 Aug 2021 18:34:18 -0400 (EDT)
Delivered-To: mmd_tmsmart_adm@ncbi.nlm.nih.gov
Received: from servicemail.be-md.ncbi.nlm.nih.gov (servicemail.be-md.ncbi.nlm.nih.gov [130.14.24.112])
    by mailbulk02.ncbi.nlm.nih.gov (Postfix) with ESMTP id 4C5C960010
    for <mmd_tmsmart_adm@ncbi.nlm.nih.gov>; Thu,  5 Aug 2021 18:34:18 -0400 (EDT)
Received: by servicemail.be-md.ncbi.nlm.nih.gov (Postfix, from userid 3826)
    id 3A1FB3013B0D; Thu,  5 Aug 2021 18:34:18 -0400 (EDT)
X-Original-To: gb-admin@servicemail.be-md.ncbi.nlm.nih.gov
Delivered-To: gb-admin@servicemail.be-md.ncbi.nlm.nih.gov
Received: from mail1.ncbi.nlm.nih.gov (mail1.be-md.ncbi.nlm.nih.gov [130.14.26.41])
    by servicemail.be-md.ncbi.nlm.nih.gov (Postfix) with ESMTP id 17D5930132BE
    for <gb-admin@servicemail.be-md.ncbi.nlm.nih.gov>; Thu,  5 Aug 2021 18:34:18 -0400 (EDT)
Received: by mail1.ncbi.nlm.nih.gov (Postfix)
    id 0FAE1340004; Thu,  5 Aug 2021 18:34:18 -0400 (EDT)
Delivered-To: gb-admin@ncbi.nlm.nih.gov
Received: from nihcesxway3.hub.nih.gov (nihcesxway3.hub.nih.gov [128.231.90.125])
    by mail1.ncbi.nlm.nih.gov (Postfix) with ESMTP id C3BD8340003
    for <gb-admin@mailgw.ncbi.nlm.nih.gov>; Thu,  5 Aug 2021 18:34:17 -0400 (EDT)
IronPort-SDR: iBBqkudN8GkLBYdjypHipqXnJsWda/b5EH2AgLFzsI1vWC7XyQAPB8IHBMPXLzGzvYtwlOofcA
 6pnrtMVwA63w==
X-SBRS-Extended: Low
X-IronPortListener: ces-out
X-IronPort-AV: E=Sophos;i="5.84,296,1620705600";
   d="scan'208,217";a="305096054"
Received: from unknown (HELO mail.nih.gov) ([156.40.79.163])
  by nihcesxway3.hub.nih.gov with ESMTP/TLS/AES256-GCM-SHA384; 05 Aug 2021 18:34:16 -0400
Received: from nihexb1.nih.gov (156.40.79.161) by nihexb3.nih.gov
 (156.40.79.163) with Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_128_GCM_SHA256) id 15.1.2308.14; Thu, 5 Aug
 2021 18:34:16 -0400
Received: from nihxwaye3ab01.hub.nih.gov (128.231.90.84) by nihexb1.nih.gov
 (156.40.79.161) with Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_128_GCM_SHA256) id 15.1.2308.14 via Frontend
 Transport; Thu, 5 Aug 2021 18:34:16 -0400
IronPort-SDR: voYB8fUXSxx5wgrrUZNVqGQu7Sm27SBZ+9PKuJ4P+SFmnvZgU5mbRufdX9I801wMowRftjty2f
 u6ysZwBxj/imqNSk8+VqyOyBX+EdzlEJmyk76Nc7lkSHZAVemszmIn4O/lUN0JLAO9UsRcIrzY
 PhrPqV6seAkD6+HKS+1SEkZvyLvZQC1Cnqcj1HjtXa3XDw5ffjClmmv8/nVInbHqnbFFNl3+bw
```

000628                                                    FOIA 96712 Production, May 13, 2022

file:///C/...ter%20(sent%20to%20OD%20for%20final%20determination)/Litigation%20Docs/2021_08_05_reply_bloom_submission[26].txt[4/20/2022 10:55:36 AM]

From: gb-admin@ncbi.nlm.nih.gov
Date: Thu, 05 Aug 2021 15:01:15 -0400 (Eastern Daylight Time)
To: (b)(6) ,jbloom@fredhutch.org (b)(6)
Bcc: (b)(6)
Subject: GenBank Submissions grp 8164050
X-Mailer: Smart

Dear Dr. Bloom:

We have received the following 14 sequence submission(s) from you:

SUB10146711 : (14)

You have indicated in your submission(s):

| | |
|---|---|
| 1 | /isolate="SARS-CoV-2/human/CHN/PRJNA612766_A4/2020" |
| 1 | /isolate="SARS-CoV-2/human/CHN/PRJNA612766_C1/2020" |
| 1 | /isolate="SARS-CoV-2/human/CHN/PRJNA612766_C2/2020" |
| 1 | /isolate="SARS-CoV-2/human/CHN/PRJNA612766_C9/2020" |
| 1 | /isolate="SARS-CoV-2/human/CHN/PRJNA612766_D12/2020" |
| 1 | /isolate="SARS-CoV-2/human/CHN/PRJNA612766_D9/2020" |
| 1 | /isolate="SARS-CoV-2/human/CHN/PRJNA612766_E1/2020" |
| 1 | /isolate="SARS-CoV-2/human/CHN/PRJNA612766_E11/2020" |
| 1 | /isolate="SARS-CoV-2/human/CHN/PRJNA612766_E5/2020" |
| 1 | /isolate="SARS-CoV-2/human/CHN/PRJNA612766_F11/2020" |
| 1 | /isolate="SARS-CoV-2/human/CHN/PRJNA612766_G1/2020" |
| 1 | /isolate="SARS-CoV-2/human/CHN/PRJNA612766_G11/2020" |
| 1 | /isolate="SARS-CoV-2/human/CHN/PRJNA612766_H9/2020" |
| 1 | /isolate="SARS-CoV-2/human/CHN/PRJNA612766_R11/2020" |

================================================================

================================================================

We are therefore unsure whether you have sequenced and assembled
the data you are submitting or have submitted a sequence that you
have not determined (eg, downloaded it from another site and assembled).

Please confirm whether you have actually performed the sequencing
of this DNA/RNA and send your reply to: gb-admin@ncbi.nlm.nih.gov

We will not assign GenBank Accession Number(s) or further process
your submission(s) until we receive your reply.

Please reply using the current Subject line.

Sincerely,

The GenBank Submissions Staff
Bethesda, Maryland USA
****************************************************************

000888    FOIA 96712 Production, May 13, 2022

file:///C/...20JFoster%20(sent%20to%20OD%20for%20final%20determination)/Litigation%20Docs/2021_08_05_bloom_submission[71].txt[4/20/2022 10:55:31 AM]

From: jbloom@fredhutch.org
To: gb-sub@ncbi.nlm.nih.gov
Subject: SUB10146711

GpipeId: 2666585
GpipeUrl: http://intranet.ncbi.nlm.nih.gov/projects/tmsmart/api/submission/2666585/
PipelineName: SARSCOV2
SubmissionType: SARSCoV2

000964                                                                                                      FOIA 96712 Production, May 13, 2022

file:///C/...20JFoster%20(sent%20to%20OD%20for%20final%20determination)/Litigation%20Docs/2021_08_04_bloom_submission[84].txt[4/20/2022 10:55:26 AM]