IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| EMPOWER OVERSIGHT WHISTLEBLOWERS & RESEARCH, | ) ) ) |
| Plaintiff, | ) ) ) Case No. 1:21-cv-1275 (LMB/JFA) |
| v. | ) ) |
| NATIONAL INSTITUTES OF HEALTH, | ) ) ) |
| Defendant. | ) ) ) ) |

**MOTION TO SEAL**

Pursuant to Local Civil Rule 5, Defendant National Institutes of Health ("NIH"), though its undersigned counsel, hereby respectfully moves to seal part of Plaintiff's Opposition to Defendant's Motion for Summary Judgment (Dkt. (41) and part of Exhibit C (Dkt. 41-3). The information NIH seeks to seal are two names which NIH inadvertently failed to redact on one page of its FOIA production to Plaintiff and which NIH has argued are protected from disclosure under 5 U.S.C. § 552(b)(6). *See* Def.'s Summ. J. Mem. (Dkt. 37) at 24-30.[1] Plaintiff opposes this motion.

Dated: July 15, 2022                     Respectfully submitted,

                                                JESSICA D. ABER
                                                UNITED STATES ATTORNEY

                                                By:           /s/
                                                MEGHAN LOFTUS
                                                Assistant United States Attorney
                                                Office of the United States Attorney
                                                Justin W. Williams U.S. Attorney's Building
                                                2100 Jamieson Ave.
                                                Alexandria, VA 22314

---

[1] NIH seeks to seal these materials unless and until Judge Brinkema determines that this information is subject to disclosure, at which point NIH concedes this Court must revisit this issue.

Tel:     (703) 299-3757
Fax:    (703) 299-3983
Email:  meghan.loftus@usdoj.gov

*Counsel for Defendant*