IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

EMPOWER OVERSIGHT
WHISTLEBLOWERS & RESEARCH,      )
                                )
        Plaintiff,              )
                                )        Case No. 1:21-cv-1275 (LMB/JFA)
    v.                          )
                                )
NATIONAL INSTITUTES OF HEALTH,  )
                                )
        Defendant.             )
                                )
                                )

[Proposed] ORDER

The Court has reviewed Defendant's Motion to Seal Portions of Plaintiff's Opposition (Dkt. 41) and the public memorandum in support.  Upon consideration of Defendant's motion and supporting memorandum, the Court hereby FINDS:

1. That public notice of the request to seal and a reasonable opportunity to challenge the request has been given;

2. That the targeted and limited sealing sought by Defendant is the least drastic alternative available; and

3. That the common law and First Amendment presumptions in favor of public access to records are outweighed for the reasons set forth in Defendant's public memorandum.

Accordingly, for good cause shown, it is hereby

ORDERED that Defendant's Motion to Seal is GRANTED; and

IT IS FURTHER ORDERED that the Clerk shall ~~replace the~~ place document currently filed as Plaintiff's Opposition (Dkt. 41) and Exhibit C ~~with the redacted version of the same documents filed at Dkt. 42-2 (Plaintiff's Opposition) and Dkt. 42-3 (Exhibit C).~~ UNDER SEAL PENDING FURTHER ORDER OF THE COURT.

Date: July 22, 2022                                   /s/
                                            John F. Anderson
                                            United States Magistrate Judge