IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| EMPOWER OVERSIGHT WHISTLEBLOWERS & RESEARCH, ) ) ) Plaintiff, ) ) v. ) ) NATIONAL INSTITUTES OF HEALTH, ) ) Defendant. ) ) ) | Case No. 1:21-cv-1275 (LMB/JFA) |

## NOTICE

PLEASE TAKE NOTICE that, consistent with this Court's September 9, 2022 Order (Dkt. 58), Defendant National Institutes of Health ("NIH") files today the Declaration of Michael Lauer, M.D.

Dated: September 15, 2022

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____/s/_____
MEGHAN LOFTUS
Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Ave.
Alexandria, VA 22314
Tel:   (703) 299-3757
Fax:   (703) 299-3983
Email: meghan.loftus@usdoj.gov

*Counsel for Defendant*