IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| EMPOWER OVERSIGHT WHISTLEBLOWERS & RESEARCH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL INSTITUTES OF HEALTH, )<br>)<br>Defendant. )<br>)<br>) | Case No. 1:21-cv-1275 (LMB/JFA) |

**NOTICE**

PLEASE TAKE NOTICE that consistent with this Court's September 16, 2022 Order (Dkt. 62), the information that was subject to Defendant National Institutes of Health's Motion to Seal (Dkt. 42) no longer needs to remain under seal.

Dated: September 19, 2022

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

By:_____/s/_____
MEGHAN LOFTUS
Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Ave.
Alexandria, VA 22314
Tel:   (703) 299-3757
Fax:   (703) 299-3983
Email: meghan.loftus@usdoj.gov

*Counsel for Defendant*